FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| AMANDA W.,[1] | No.    2:24-cv-00268-EFS |
| Plaintiff, | |
| v. | **ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| CAROLYN COLVIN, Acting Commissioner of Social Security,[2] | |
| Defendant. | |

The parties agree that the matter should be reversed and remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. The parties also agree that Plaintiff is entitled to reasonable attorney fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to the Court.

---

[1] For privacy reasons, the Court refers to every social security plaintiff by first name and last initial or by "Plaintiff." *See* LCivR 5.2(c).

[2] Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, and section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), she is hereby substituted for Martin O'Malley as the defendant.

Consistent with the parties' agreement, **IT IS HEREBY ORDERED:**

1.    The parties' Stipulated Motion for Remand, **ECF No. 12**, is

      **GRANTED.**

2.    This matter is **REVERSED** and **REMANDED** to the Commissioner

      of Social Security for further administrative proceedings pursuant to

      sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council

      is to instruct the ALJ to: further develop the record, as necessary;

      offer Plaintiff another administrative hearing; reevaluate the

      evidence, including the medical opinions of H. Petaja, Ph.D., and J.

      Teal, Ph.D.; and issue a new  decision.

3.    The Clerk's Office shall **TERM** the hearing and Plaintiff's brief, **ECF**

      **No. 6**, enter **JUDGMENT** in favor of Plaintiff, and **CLOSE** the case.

      **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order

and provide copies to all counsel.

      **DATED** this _22nd_ day of January 2025.

                              _Edward F. Shea_

                              EDWARD F. SHEA
                         Senior United States District Judge

ORDER - 2